EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Ingrid Cruz Reyes | 2017 TSPR 61 <br><br> 197 DPR ____ |

Número del Caso: TS-15,692

Fecha: 24 de abril de 2017

Abogado del peticionario:

      Por derecho propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Ingrid Cruz Reyes                    TS-15,692


RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de abril de 2017.

Examinada la *Solicitud sobre readmisión al ejercicio de la abogacía en Puerto Rico* presentada por la Sra. Ingrid Cruz Reyes, se declara con lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la abogada Cruz Reyes actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                          Juan Ernesto Dávila Rivera
                          Secretario del Tribunal Supremo